## STATE OF NEBRASKA v. UNITED STATES EXPRESS COMPANY.

FILED MARCH 5, 1908.   No. 15,308.

ACTION by the state.   Plea in abatement.   *Overruled.*

PER CURIAM.

The facts in this case are the same as in *State v. Pacific Express Co., ante,* p. 823.

For the reasons stated in that opinion, the plea in abatement herein is

OVERRULED.

---

## STATE OF NEBRASKA v. AMERICAN EXPRESS COMPANY.

FILED MARCH 5, 1908.   No. 15,309.

ACTION by the state.   Plea in abatement.   *Overruled.*

PER CURIAM.

The facts in this case are the same as in *State v. Pacific Express Co., ante,* p. 823.

For the reasons stated in that opinion, the plea in abatement herein is

OVERRULED.